**Entered on Docket
June 02, 2010**

_____
HONORABLE JOHN L. PETERSON
UNITED STATES BANKRUPTCY JUDGE

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com,

Wells Fargo Bank, N.A.
10-71559

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case Number: 10-51217-gwz |
|---|---|
| Paul W. Filer | Date: 5/18/2010<br>Time: 10:00 am |
| | Chapter 7 |
| Debtor(s). | |

### ORDER VACATING AUTOMATIC STAY

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that relief from the
2   Automatic Stay is granted in the above-entitled bankruptcy proceeding regarding the subject property
3   generally described as 1665 Wendy Way, Reno, NV 89509.
4
5   IT IS SO ORDERED THIS ____ day of _____, 2010.
6
7
8
9   Submitted by:
10  WILDE & ASSOCIATES
11
    Gregory L. Wilde, Esq.
12  Attorney for Secured Creditor
13  APPROVED / DISAPPROVED
14
    Rodney E. Sumpter
15  Attorney for Debtor(s)
16  APPROVED / DISAPPROVED
17
18  Angelique L. M. Clark
    Chapter 7 Trustee

1  In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
       ____ The court waived the requirements of LR 9021.
2      ____ No parties appeared or filed written objections, and there is no trustee appointed in the case.
3      ____ No parties appeared or filed written objections, and the trustee is the movant.
       _x_  This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a
4           copy of this proposed order to all counsel who appeared at the hearing, and any trustee
            appointed in this case, any unrepresented parties who appeared at the hearing, and each has
5           approved or disapproved the order, or failed to respond, as indicated below:

6
   Debtor's counsel:
7      ____ approved the form of this order           ____ disapproved the form of this order
       ____ waived the right to review the order and/or  _x_ failed to respond to the document
8      ____ appeared at the hearing, waived the right to review the order
9      ____ matter unopposed, did not appear at the hearing, waived the right to review the order
   Trustee:
10     ____ approved the form of this order           ____ disapproved the form of this order
       ____ waived the right to review the order and/or  _x_ failed to respond to the document
11

12     ____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all
13          counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented
            parties who appeared at the hearing, and each has approved or disapproved the order, or failed to
14          respond, as indicated below.

15
   Debtor's counsel:
16     ____ approved the form of this order           ____ disapproved the form of this order
       ____ waived the right to review the order and/or  ____ failed to respond to the document
17     ____ appeared at the hearing, waived the right to review the order
18     ____ matter unopposed, did not appear at the hearing, waived the right to review the order

19 Trustee:
       ____ approved the form of this order           ____ disapproved the form of this order
20     ____ waived the right to review the order and/or  ____ failed to respond to the document

21
       ____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed
22          written objection.

23
   Submitted by:
24    /s/ Gregory L. Wilde, Esq.
      Gregory L. Wilde, Esq.
25    Attorney for Secured Creditor
26